UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-8034-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER ROMAN, etc., et.al.,

    Defendant.

_____/

**NOTICE OF APPEARANCE FOR DEFENDANT**
**AND DESIGNATION OF E-MAIL ADDRESS**

The undersigned law firm hereby files this, its Notice of Appearance as counsel of record for Defendant, TYLER ROMAN (the "Defendant") in the above referenced action to and requests that copies of all future correspondence be directed to the undersigned at the following designated e-mail address:

Primary E-Mail Address: amc@aaronmcohenpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been filed with the Clerk of Court on the 8th day of February, 2021 through the Florida e-Portal Filing System, and has been served electronically to all counsel of record through the System.

Respectfully submitted,

**AARON M. COHEN, P.A**.
*Attorney for the Defendant*
110 Via D'Este, #303
Delray Beach, Florida 33445
Telephone: (561) 542-5494
Service: amc@aaronmcohenpa.com

By: /s/ Aaron M. Cohen
AARON M. COHEN, ESQUIRE
Florida Bar No.: 541427