UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-mj-08034-WM

**UNITED STATES OF AMERICA**

vs.

**TYLER EDWARD ROMAN,**

       **Defendant.**
_____/

## JOINT MOTION TO CANCEL NEBBIA HEARING

The undersigned, along with counsel for defendant, have reviewed bank records and other documents and are satisfied that the *Nebbia* requirement has been met. As such, the parties respectfully submit a hearing is no longer necessary.

      Respectfully submitted,
      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

By:  Marton Gyires
      Assistant United States Attorney
      Court ID No.: A5501696
      500 South Australian Avenue, 4th Floor
      West Palm Beach, FL 33401
      Tel.: (561) 820-8711
      E-mail: Marton.Gyires@usdoj.gov